COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:     01-20-00553-CV

Trial Court Cause
Number:     2014-71749

Style:     Rescue Concepts Inc.

    v. Houreal Corporation

Date motion filed*:     June 30, 2021

Type of motion:     Motion for Extension of Time to File Reply Briefs

Party filing motion:     Joint

Document to be filed:     Reply Briefs

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:     June 10, 2021

    Number of previous extensions granted:   1

    Date Requested:     July 20, 2021

Ordered that motion is:

  ☒ Granted

    If document is to be filed, document due: **July 20, 2021**

    ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

  ☐ Denied

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐ Other: _____

  The reply briefs in both the appeal and the cross-appeal are due July 20, 2021.

Judge's signature: /s/ April L. Farris
    ☒ Acting individually     ☐ Acting for the Court

Date: July 13, 2021